No. 81–5495.   VALDES v. NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari denied.

No. 81–5497.   JACKSON v. COUSINS, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 81–5500.   CHRISTENSEN v. COMMISSIONER OF INTERNAL REVENUE ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–5501.   BREEST ET AL. v. PERRIN, WARDEN, NEW HAMPSHIRE STATE PRISON, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–5515.   COLEMAN v. MARZULLI ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–5559.   LAWS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–5577.   HALL v. NEW YORK.   Ct. Cl. N. Y.   Certiorari denied.

No. 81–5581.   MAGGARD v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.

No. 81–5584.   BROWN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–5588.   DIAS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 81–5589.   TURNER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5601.   POLAND v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5602.   ROSAS-MONTES ET AL. v. UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 81–5606.   BROWN, AKA DENNIS v. UNITED STATES. C. A. 8th Cir.   Certiorari denied.